**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| J.S., | : | No. 93 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| R.S.S., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.